Ahlbell Battery Container Corporation, appellant, v. Snyder & Hay, Inc. and Foreman Trust & Savings Bank, appellees. Gen. No. 33,551.

Opinion filed December 31, 1929.

George F. Barrett, Charles V. Barrett and William C. Wermuth, for appellant. Spencer, Parker, Bryan & Snell and Clinton Merrick, for certain appellees.

Mr. Presiding Justice Barnes delivered the opinion of the court.